IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GARY A. MULLEN                        *
                                      *
                                      *
v.                                    *          Civil No. – JFM-15-2640
                                      *
U.S. BANK NATIONAL ASSOC., ET AL.     *
                                ******

## MEMORANDUM

Plaintiff has brought this action asserting several claims against defendant, U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-AM1. Plaintiff's claims arise from the foreclosure of a property he owned in Baltimore, Maryland. Defendant has filed a motion to dismiss.

Plaintiff's claims are somewhat difficult to understand. However, it is clear that he could have raised all of the claims in the mortgage foreclosure proceeding which was conducted in the Circuit Court for Baltimore City. Therefore, all of the claims are barred by the doctrine of *res judicata*.

For these reasons, defendant's motion to dismiss will be granted.

Date:  February 8, 2016            _____
                                    J. Frederick Motz
                                    United States District Judge

DEPUTY
BY
CLERK'S OFFICE
AT BALTIMORE
2016 FEB -8 PM 3:43
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
FILED

1